IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED



2005

U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:05CR00057 RWS |
| TONYA JOHNSON HYLES, | ) Title 18 U.S.C. § 1958 |
| | ) Title 18 U.S.C. § 2 |
| Defendant. | ) Title 18 U.S.C. § 924(c) |
| | ) Title 18 U.S.C. § 922(g) |
| | ) Title 18 U.S.C. § 371 |

## INDICTMENT

### COUNT I

**THE GRAND JURY CHARGES THAT:**

#### INTRODUCTION

1. At all times pertinent to this Indictment:

   (a) Defendant **TONYA JOHNSON HYLES** was a resident of Pemiscot County, Missouri, and was residing in Pemiscot County in Caruthersville, Missouri.

   (b) Tyrese D. Hyles was a resident of Pemiscot County, Missouri, and was residing in Pemiscot County in Caruthersville, Missouri.

   (c) Amesheo D. Cannon was a resident of the State of Tennessee, residing in Memphis, Tennessee.

   (d) Coy L. Smith, Sr., now deceased, was a resident of Pemiscot County, Missouri, residing at 1126 E. 18th Street, in Caruthersville, Missouri.



## THE CONSPIRACY

2. Beginning at a time unknown to the Grand Jury, but including from, in, and around June 2000, and continuing through the date of this Indictment, in Pemiscot County, in the Eastern District of Missouri, and elsewhere,

## TONYA JOHNSON HYLES,

hereinafter referred to as defendant, did unlawfully, willfully, knowingly, and intentionally combine, conspire, confederate, and agree with Tyrese D. Hyles, David L. Carter, Samuel Anderson, and Amesheo D. Cannon, and with other persons known and unknown to the Grand Jury, to commit an offense against the United States of America, that is, the crime of murder-for-hire in violation of Title 18, United States Code, Section 1958, by using and causing another to use telephone wire facilities in interstate commerce; and, by traveling and causing another to travel and aiding and abetting the travel in interstate commerce from the City of Memphis in the State of Tennessee, to the City of Caruthersville, in the State of Missouri, all with the intent that the murder of Coy L. Smith, Sr. be committed in violation of the laws of the United States of America and the State of Missouri, as consideration for the receipt of, and as consideration for a promise and agreement to pay things of pecuniary value, namely, an automobile, money and other items of personal property. Said conspiracy offense resulted in the death of Coy L. Smith, Sr.

## OBJECTIVE AND PURPOSE

3. The objectives and purposes of the conspiracy were to prevent Coy L. Smith, Sr. from testifying as a trial witness for the prosecution in the case of <u>State of Missouri v. Tyrese D.</u>



Hyles, filed in Pemiscot County, Missouri, by murdering him in exchange for money and property. As a result of said conspiracy, Coy L. Smith, Sr. was, in fact, murdered, thereby preventing him from testifying.

## MEANS AND METHODS

4. The means and methods by which the conspiracy was sought to be accomplished included, among other things, the following:

(a) It was a part of the conspiracy that beginning in and around June 2000 and continuing thereafter, Tyrese D. Hyles recruited Amesheo D. Cannon to murder Coy L. Smith, Sr. by the means and use of a firearm, in the event that said Coy L. Smith, Sr. testified as a prosecution witness against Tyrese D. Hyles then confined in the Pemiscot County Jail on state drug charges.

(b) It was further a part of the conspiracy that Amesheo D. Cannon delayed carrying out the murder of Coy L. Smith, Sr. until after Tyrese D. Hyles' preliminary hearing on or about August 10, 2000, so as to determine if Coy L. Smith, Sr. would in fact testify against Tyrese D. Hyles.

(c) It was further a part of the conspiracy that between June 2000 and August 15, 2000, Amesheo D. Cannon was residing with his mother in Memphis, Tennessee, and was not readily available at all times to carry out the murder; and, therefore, Tyrese D. Hyles recruited other co-conspirators, both known and unknown to the Grand Jury, to murder Coy L. Smith, Sr. and to assist in the murder.

3



(d) It was further a part of the conspiracy that on August 10, 2000, after Coy L. Smith, Sr. testified against Tyrese D. Hyles at the preliminary hearing, Tyrese D. Hyles recruited David L. Carter, his cell mate in the Pemiscot County Jail, to murder Coy L. Smith, Sr.

(e) It was further a part of the conspiracy that Tyrese D. Hyles promised David L. Carter that he, Hyles, would direct his wife, defendant **TONYA JOHNSON HYLES** to post a bond in order to have Carter released from jail. Defendant **TONYA JOHNSON HYLES**, in fact, posted that bond and Carter was released.

(f) It was further a part of the conspiracy that in exchange for David L. Carter's assistance in murdering Coy L. Smith, Sr., Tyrese D. Hyles would give Carter an automobile, namely a Pontiac Parisienne with custom rims.

(g) It was further a part of the conspiracy that defendant **TONYA JOHNSON HYLES** obtained a firearm from Samuel Anderson for the purpose of supplying the firearm to David L. Carter, a known felon, as the means for murdering Coy L. Smith, Sr.

(h) It was further a part of the conspiracy that defendant **TONYA JOHNSON HYLES** supplied a firearm to David L. Carter, a known felon, as the means for murdering Coy L. Smith, Sr.

(i) It was further a part of the conspiracy that on or about August 10, 2000, following the testimony of Coy L. Smith, Sr. at Tyrese D. Hyles' preliminary hearing, Amesheo D. Cannon contacted Tyrese D. Hyles through conversations with Hyles' wife, defendant **TONYA JOHNSON HYLES**, by using facilities in interstate commerce, namely long distance



telephone calls between the City of Memphis, in the State of Tennessee, and the City of Caruthersville, in the State of Missouri.

(j) It was further a part of the conspiracy that defendant **TONYA JOHNSON HYLES** transported Amesheo D. Cannon from the City of Memphis, in the State of Tennessee, to the City of Caruthersville, in the State of Missouri, with the intent to murder Coy L. Smith, Sr.

(k) It was further a part of the conspiracy that Tyrese D. Hyles promised and agreed to pay Amesheo D. Cannon, as consideration for the murder of Coy L. Smith, Sr., things of pecuniary value, namely an automobile, money and other items of personal property.

(l) It was further a part of the conspiracy that on or about August 21, 2000, Amesheo D. Cannon entered Coy L. Smith, Sr.'s residence at 1126 East 18th Street in Caruthersville, Missouri, and murdered Coy L. Smith, Sr. by shooting him in the back of the head and in the back with a 9mm firearm, while Smith was lying in bed.

(m) It was further a part of the conspiracy that, from on or about August 21, 2000, until on or about June 5, 2001, Tyrese D. Hyles and Amesheo D. Cannon had conversations with defendant **TONYA JOHNSON HYLES** about defendant **TONYA JOHNSON HYLES** delivering possession of the 1984 Pontiac Parisienne four-door automobile which was then owned by defendant **TONYA JOHNSON HYLES**.

### OVERT ACTS

5. In furtherance of said conspiracy and to achieve the objectives and purposes thereof, the defendant and other persons both known and unknown to the Grand Jury, committed

and caused the commission of the following overt acts in the Eastern District of Missouri and elsewhere:

 (a) In and around June 2000, Tyrese D. Hyles and Amesheo D. Cannon entered into an agreement that Amesheo D. Cannon would murder Coy L. Smith, Sr.

 (b) In or about June, July, and August 2000, Tyrese D. Hyles and Amesheo D. Cannon agreed that as consideration for the murder of Coy L. Smith, Sr., Amesheo D. Cannon would receive things of pecuniary value, including an automobile, money and other items of personal property.

 (c) On or about August 10, 2000, defendant **TONYA JOHNSON HYLES** paid bail money on David L. Carter's behalf to obtain Carter's release from the Pemiscot County Jail.

 (d) On or about August 10, 2000, defendant **TONYA JOHNSON HYLES** obtained a firearm, namely a metal gray 9mm Beretta pistol, from Samuel Anderson.

 (e) On or about August 10, 2000, defendant **TONYA JOHNSON HYLES** delivered a firearm, namely a metal gray 9mm Beretta pistol, to David L. Carter, a known felon.

 (f) On or about August 10, 2000, Amesheo D. Cannon participated in telephone calls between the City of Memphis, in the State of Tennessee, and the

City of Caruthersville, in the State of Missouri, with the assistance of defendant **TONYA JOHNSON HYLES**.

(g) On or about August 15, 2000, defendant **TONYA JOHNSON HYLES** transported Amesheo D. Cannon from the City of Memphis, in the State of Tennessee, to the City of Caruthersville, in the State of Missouri.

(h) On or about August 15, 2000, Amesheo D. Cannon took possession of a firearm, namely a metal gray 9mm Beretta pistol in Caruthersville, Missouri.

(i) On or about August 20, 2000, defendant **TONYA JOHNSON HYLES** and Amesheo D. Cannon drove past the home of Coy L. Smith, Sr.

(j) On or about August 20, 2000, defendant **TONYA JOHNSON HYLES** and Amesheo D. Cannon visited Tyrese D. Hyles at the Pemiscot County Jail.

(k) On or about August 20, 2000, Amesheo D. Cannon made a mask by cutting two eye holes in a scarf.

(l) On or about August 21, 2000, Amesheo D. Cannon shot Coy L. Smith, Sr. to death as Smith lay in his bed.

(m) From on or about August 21, 2000, until on or about June 5, 2001, Tyrese D. Hyles and Amesheo D. Cannon requested defendant **TONYA JOHNSON HYLES** to deliver possession of her 1984 Pontiac Parisienne four-door automobile.



(n) On or about June 5, 2001, Tyrese D. Hyles took possession of said automobile and its certificate of title and sold said automobile for money and other personal property items.

All In violation of Title 18, United State Code, Section 1958(a).

## COUNT II

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 10, 2000, through on or about August 21, 2000, in the Eastern District of Missouri and elsewhere,

**TONYA JOHNSON HYLES,**

the defendant herein, knowingly and willfully caused or aided and abetted another to travel in interstate commerce between the State of Tennessee and the State of Missouri, and used, caused or aided and abetted another to use the mail or other facilities in interstate commerce, with the intent that the murder of Coy L. Smith, Sr. be committed in violation of the laws of the State of Missouri, as consideration for the promise and agreement to pay things of pecuniary value, to wit: an automobile, money and other items of personal property. Said offense resulted in the death of Coy L. Smith, Sr.

All in violation of Title 18, United States Code, Sections 1958 and 2.

## COUNT III

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 10, 2000, in Pemiscot County, in the Eastern District of Missouri,

**TONYA JOHNSON HYLES,**

the defendant herein, knowingly possessed a firearm in furtherance of a crime of violence for which she may be prosecuted in a court of the United States, to wit: conspiracy to commit murder-for-hire, as alleged in Count I of the Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT IV

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about August 10, 2000, in the Eastern District of Missouri,

**TONYA JOHNSON HYLES,**

the defendant herein, did unlawfully, willingly, knowingly, and intentionally combine, conspire, confederate and agree with David L. Carter, and with other persons known and unknown to the Grand Jury, to commit an offense against the United States of America, that is, defendant **TONYA JOHNSON HYLES** knowingly delivered a firearm, to wit: one 9mm Beretta pistol, to David L. Carter, who previously had been convicted of a felony offense punishable by imprisonment for a term exceeding one year, and David L. Carter did knowingly receive and possess said firearm which had previously been transported in interstate or foreign commerce, and then delivered by defendant **TONYA JOHNSON HYLES** to David L. Carter, a known felon.

## OVERT ACTS

In furtherance of said conspiracy and to achieve the objectives and purposes thereof, the defendant and other persons both known and unknown to the Grand Jury, committed and caused the commission of the following overt acts in the Eastern District of Missouri and elsewhere:

9

1. On or about August 10, 2000, defendant **TONYA JOHNSON HYLES** obtained a firearm, namely a metal gray 9mm Beretta pistol, from Samuel Anderson.

2. On or about August 10, 2000, defendant **TONYA JOHNSON HYLES** supplied David L. Carter, a known felon, with a firearm, namely a metal gray 9mm Beretta pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 371.

A TRUE BILL.

_____
FOREPERSON


JAMES G. MARTIN
UNITED STATES ATTORNEY


_____
Cristian M. Stevens, #98871
Assistant United States Attorney